UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANRETTA SAVICE,<br><br>Plaintiff<br><br>- against -<br><br>AFRICAN AMERICAN PLANNING COMMISSION INC.,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>26-cv-858 (BMC) |

**COGAN**, District Judge.

Plaintiff brought this case under the Family and Medical Leave Act, 29 U.S.C. § 2617(a). Several days before the parties were required to submit their pretrial materials in preparation for a final pretrial conference, they advised the Court that the matter had settled. Based on that, the Court entered the following Order on July 15, 2026:

> ORDER DISMISSING CASE. The Court having been advised that this matter has settled, the case is dismissed, subject to reinstatement at the request of any party within 30 days. The Court retains jurisdiction to So Order any settlement documents if they are filed within this period.

The Court did not hear from the parties within the allowed 30 days, but on October 7, 2026, plaintiff filed a "Motion to Reopen Case." The perfunctory three-page motion simply stated that plaintiff had not received the "proper payment amount" and so she sought $50,000 in damages.

The Court has no subject matter jurisdiction to grant plaintiff the relief she seeks, regardless of the fact that the original case arose under a federal statute. In Kokkonen v.

Guardian Life Ins. Co. of America, 511 U.S. 375 (1994), a unanimous Supreme Court ruled that when a court dismisses a case upon a stipulation of the parties, its jurisdiction lapses unless it is expressly preserved in the dismissal order. Here, this Court expressly preserved its jurisdiction, but only for 30 days. It never received a request to extend that period, nor did it approve or adopt or even see the terms of any settlement agreement that provided for a longer retention of jurisdiction period. If defendant breached the settlement contract and plaintiff wants to enforce it, her remedy is to bring a breach of contract action in state court.

Accordingly, plaintiff's motion is denied.

**SO ORDERED.**

Brian M. Cogan
U.S.D.J.

Dated: Brooklyn, New York
October 7, 2026